UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JADE MARIBEL MARIN MARIN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | CASE NO. 2:26-cv-04288-JHC<br><br>ORDER |

This matter comes before the Court on pro se Petitioner's Motion for Appointment of Counsel. Dkt. # 4. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See, e.g.*, *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). It appears from Petitioner's filings that appointment of counsel may be warranted in this instant action. *See* Dkt. ## 1, 2, 3. Furthermore, the Court notes that the Federal Public Defender's Office filed both Petitioner's IFP application and her motion to

appoint counsel. Therefore, the Court GRANTS Petitioner's Motion to Appoint Counsel (Dkt. # 4) and ORDERS that Assistant Federal Public Defender Rebecca Fish is appointed to represent Petitioner.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of November, 2026.

John H. Chun
United States District Judge